# Exhibit 1

# to

# ADS's Motion for Judgment on the Pleadings

| | |
|---|---|
| **From:** | Jay Johnson |
| **To:** | Nate Bailey |
| **Cc:** | April Brown |
| **Subject:** | RE: RCDI v ADS |
| **Date:** | Thursday, November 19, 2015 2:20:43 PM |
| **Attachments:** | image001.png |

That is correct.

Jay Johnson
Kizzia & Johnson, PLLC
**750 N. St. Paul St., Suite 1320**
**Dallas, Texas 75201**
(o)   469.893.9941
(m)  214.642.7352
(f)    214.613.3330
www.kjpllc.com

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Kizzia Johnson PLLC immediately (by replying to this message or calling 214.451.0164) and immediately destroy all copies of this message and any attachments. Thank you.

**From:** Nate Bailey [mailto:Nate.Bailey@wallerlaw.com]
**Sent:** Thursday, November 19, 2015 2:00 PM
**To:** Jay Johnson
**Cc:** April Brown
**Subject:** RE: RCDI v ADS

Jay,

This email is to confirm that your client is currently only asserting Claim 1 of the '090 Patent against my client ADS in the Rothschild Connected Devices case in the Eastern District of Texas.

If this statement is inaccurate, please let me know.

Thanks,
Nate

**Nate Bailey**
Counsel

waller

Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
615.850.8740
nate.bailey@wallerlaw.com
vCard