IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-01431-JRG-RSP |
| vs. | § § | LEAD CASE |
| GUARDIAN PROTECTION SERVICES, INC. | § § § | |
| Defendant. | § § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-001468-JRG-RSP |
| vs. | § § | CONSOLIDATED CASE |
| ICON SECURITY SYSTEMS, INC. | § § § | |
| Defendant. | § § | |

## MOTION TO DISMISS DEFENDANT ICON SECURITY SYSTEMS, INC. WITHOUT PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a settlement agreement, Plaintiff Rothschild Connected Devices, LLC ("Rothschild") files this Unopposed Motion to Dismiss Defendant Icon Security Systems, Inc. ("Defendant" or "Icon) Without Prejudice. Plaintiff states that in accordance with Rule 41, this dismissal is being filed prior to the filing of an answer or motion for summary judgment.

Wherefore, Symbology moves this Court to dismiss this action and all claims by Symbology against Icon, without prejudice, with each party to bear its own costs, attorney's fees and other litigation expenses and request that the Court enter the proposed order of dismissal submitted herewith.

Dated: November 25, 2015                              Respectfully submitted,


                */s/ Jay Johnson*
                **JAY JOHNSON**
                State Bar No. 24067322
                **BRAD KIZZIA**
                State Bar No. 11547550
                **ANTHONY RICCIARDELLI**
                State Bar No. 24070493
                **KIZZIA JOHNSON, PLLC**
                750 N. St. Paul Street, Suite 1320
                Dallas, Texas 75201
                (214) 613-3350
                Fax: (214) 613-3330
                jay@kjpllc.com
                brad@kjpllc.com
                anthony@brownfoxlaw.com

              **ATTORNEYS FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

  The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this November 25, 2015.

                */s/ Jay Johnson*
                Jay Johnson