# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | § | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § | |
| GUARDIAN PROTECTION SERVICES, INC. | § § | 2:15-cv-01431-JRG-RSP **(lead case)** |
| ADS SECURITY, LP | § | 2:15-cv-01463-JRG-RSP |
| ALARM SECURITY GROUP, LLC | § | 2:15-cv-01464-JRG-RSP |
| CENTRAL SECURITY GROUP NATIONWIDE, INC. | § | 2:15-cv-01462-JRG-RSP |
| GUARDIAN ALARM COMPANY | § | 2:15-cv-01496-JRG-RSP |
| GUARDIAN OF GEORGIA, INC. D/B/A ACKERMAN SECURITY SYSTEMS | § § | 2:15-cv-01429-JRG-RSP |
| ICON SECURITY SYSTEMS, INC. | § | 2:15-cv-01468-JRG-RSP |
| MONITRONICS INTERNATIONAL, INC. | § | 2:15-cv-01466-JRG-RSP |
| SLOMIN'S, INC. | § | 2:15-cv-01469-JRG-RSP |
| *Defendants*. | | |

## NOTICE OF COMPLIANCE WITH COURT'S STANDING ORDER REGARDING MOTIONS UNDER 35 USC 101

In compliance with this Court's Standing Order Regarding Motions Under 35 U.S.C. § 101 and Accompanying Certifications in Cases Assigned to United States District Judge Rodney Gilstrap (entered November 10, 2015), Plaintiff Rothschild Connected Devices Innovations, LLC. ("RCDI") and Defendant ADS Security L.P. ("ADS") file this Notice of their letter to the Court briefing the issue as to whether claim construction is necessary before deciding Defendant ADS Security L.P.'s Motion for Judgment on the Pleadings. A copy of the letter is attached as Exhibit 1.

|  |  |
|---|---|
|  | Respectfully submitted, |
| /s/ Jay Johnson | /s/Nathan J. Bailey |
| JAY JOHNSON | Nathan J. Bailey, Lead Counsel |
| State Bar No. 24067322 | TN BPR # 026183 |
| D. BRADLEY KIZZIA | WALLER LANSDEN |
| State Bar No. 11547550 | DORTCH & DAVIS, LLP. |
| ANTHONY RICCIARDELLI | Nashville City Center |
| State Bar No. 24070493 | 511 Union Street, Suite 2700 |
| KIZZIA JOHNSON, PLLC | Nashville, TN 37219 |
| 750 N. St. Paul Street, Suite 1320 | Telephone: (615) 244-6380 |
| Dallas, Texas 75201 | Facsimile: (615) 244-6804 |
| (214) 613-3350 | Nate.Bailey@wallerlaw.com |
| Fax: (214) 613-3330 |  |
| jay@kjpllc.com | *Attorneys for ADS Security, L.P.* |
| brad@kjpllc.com |  |
| anthony@kjpllc.com |  |

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record are being served with a copy of this document via ECF, on December 4, 2015. Pursuant to Local Rule CV-5, this constitutes service on all counsel of record.

/s/ Nathan J. Bailey
Nathan J. Bailey