# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, § § § § *Plaintiff*, § § v . § | |
| GUARDIAN PROTECTION SERVICES, INC. § § | 2:15-cv-01431-JRG-RSP **(lead case)** |
| ADS SECURITY, LP § | 2:15-cv-01463-JRG-RSP |
| ALARM SECURITY GROUP, LLC § | 2:15-cv-01464-JRG-RSP |
| CENTRAL SECURITY GROUP NATIONWIDE, INC. § | 2:15-cv-01462-JRG-RSP |
| GUARDIAN ALARM COMPANY § | 2:15-cv-01496-JRG-RSP |
| GUARDIAN OF GEORGIA, INC. D/B/A ACKERMAN SECURITY SYSTEMS § § | 2:15-cv-01429-JRG-RSP |
| ICON SECURITY SYSTEMS, INC. § | 2:15-cv-01468-JRG-RSP |
| MONITRONICS INTERNATIONAL, INC. § | 2:15-cv-01466-JRG-RSP |
| SLOMIN'S, INC. § *Defendants*. | 2:15-cv-01469-JRG-RSP |

## NOTICE OF COMPLIANCE WITH INITIAL DISCLOSURE REQUIREMENTS

Defendant ADS Security L.P. ("ADS") notifies the Court that on December 29, 2015, it complied with its disclosure requirements under Federal Rule of Civil Procedure 26 and Paragraphs 1 and 3 of the Court's Discovery Order.

        Respectfully submitted,

        /s/Nathan J. Bailey
        Nathan J. Bailey, Lead Counsel
        TN BPR # 026183
        WALLER LANSDEN
        DORTCH & DAVIS, LLP.
        Nashville City Center
        511 Union Street, Suite 2700
        Nashville, TN  37219
        Telephone: (615) 244-6380
        Facsimile: (615) 244-6804

Nate.Bailey@wallerlaw.com

*Attorneys for ADS Security, L.P.*

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that all counsel of record are being served with a copy of this document via ECF, on December 29, 2015. Pursuant to Local Rule CV-5, this constitutes service on all counsel of record.

                                     /s/ Nathan J. Bailey
                                     Nathan J. Bailey