IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-1431-JRG-RSP |
| vs. | § § | LEAD CASE |
| GUARDIAN PROTECTIONS SERVICES, INC., | § § § § | |
| Defendant. | § § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-1463-JRG-RSP |
| vs. | § § | LEAD CASE |
| ADS SECURITY, LP | § § § | |
| Defendant. | § § § | |

**PLAINTIFF'S OPPOSED MOTION TO DISMISS DEFENDANT
ADS SECURITY, LP WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Rothschild Connected Devices Innovations, LLC ("Rothschild") moves to dismisses its claims against ADS Security, LP. with prejudice.

Wherefore, Rothschild moves this Court to dismiss this action and all claims by Rothschild against ADS Security, LP and any counterclaims or other claims that ADS Security, LP has, with prejudice, with each party to bear its own costs, attorney's fees and expenses and request that the Court enter the proposed order of dismissal submitted herewith.

Dated: January 21, 2016          Respectfully submitted,

                                   */s/Jay Johnson*
                                   **JAY JOHNSON**
                                   State Bar No. 24067322
                                   **BRAD KIZZIA**
                                   State Bar No. 11547550
                                   **ANTHONY RICCIARDELLI**
                                   State Bar No. 24070493
                                   **KIZZIA JOHNSON, PLLC**
                                   750 N. St. Paul Street, Suite 1320
                                   Dallas, Texas 75201
                                   (214) 461-0154
                                   Fax: (214) 613-3330
                                   jay@kjpllc.com
                                   bkizzia@kjpllc.com
                                   anthony@brownfoxlaw.com

                                   **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that, on January 20, 2016, he met and conferred with Defendant's counsel concerning this motion and that Defendant's counsel does not agree to this motion.

                                   */s/ Jay Johnson*
                                   Jay Johnson

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 21, 2016.

                                   */s/Jay Johnson*
                                   Jay Johnson