Exhibit 1 to
ADS Security, L.P.'s
Motion for Attorneys' Fees



Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700          615.244.6380   main
P.O. Box 198966                       615.244.6804   fax
Nashville, TN 37219-8966              wallerlaw.com

Nate Bailey
615.850.8740   direct
nate.bailey@wallerlaw.com

December 28, 2015

VIA Email: jay@kjpllc.com

Jay Johnson
Kizzia & Johnson, PLLC
750 N. St. Paul St., Suite 1320
Dallas, Texas 75201

      Re:    FRCP 11 Safe Harbor Notice

Jay:

It is not surprising that United States Patent No. 8,788,090 has been named "Stupid Patent of the Month" by the Electronic Frontier Foundation.  This sentiment has been echoed by techdirt.com and techrights.org.  Because of Rothschild's attempt to extort nuisance settlements out of so many diverse entities based on alleged rights in the 090 Patent, techrights.org has further labeled the '090 Patent a "litigation apparatus."

The citation to such commentary is not done so cavalierly.  The assertion of the '090 Patent in this case is not comical.  It is appalling.

Rothschild, assisted by your firm, has taken a patent that is directed toward custom configuration of beverage equipment, and extended its reach beyond the pale.

The assertion of Claim 1 against my client ADS Security, L.P. is baseless, objectively unreasonable, and egregious.

This letter serves as notice under the safe harbor provisions of Federal Rule of Civil Procedure 11(c) that ADS intends to file the attached motion for Rule 11 Sanctions should Rothschild fail to expressly withdraw its patent infringement allegations within the next 21 days.

Regards,

/s/ Nate Bailey

Nate Bailey

NJB: