Exhibit 2 to
ADS Security, L.P.'s
Motion for Attorneys' Fees

# Select A Case

**Rothschild Connected Devices Innovations,LLC is a plaintiff in 20 cases.**

| | | |
|---|---|---|
| 2:15-cv-01163-JRG-RSP | Rothschild Connected Devices Innovations,LLC v. Q-See a/k/a Digital Peripheral Solutions, Inc. | filed 06/24/15 |
| 2:15-cv-01431-JRG-RSP | Rothschild Connected Devices Innovations, LLC v. Guardian Protection Services, Inc. | filed 08/21/15 |
| 2:15-cv-01463-JRG-RSP | Rothschild Connected Devices Innovations, LLC et al v ADS Security, LP | filed 08/26/15 |
| 2:15-cv-01573-JRG-RSP | Rothschild Connected Devices Innovations,LLC v. Smartlabs, Inc. d/b/a Insteon | filed 10/02/15 |
| 2:15-cv-01574-JRG-RSP | Rothschild Connected Devices Innovations,LLC v. Nexia Intelligence, LLC | filed 10/02/15 |
| 2:15-cv-01576-JRG-RSP | Rothschild Connected Devices Innovations,LLC v. Rheem Manufacturing | filed 10/02/15 |
| 2:15-cv-01641-JRG-RSP | Rothschild Connected Devices Innovations,LLC v. AT&T Corp. | filed 10/08/15 |
| 2:15-cv-01642-JRG-RSP | Rothschild Connected Devices Innovations,LLC v. T-Mobile USA, INC | filed 10/08/15 |
| 2:15-cv-01646-JRG-RSP | Rothschild Connected Devices Innovations,LLC v. Verizon Communications Inc. | filed 10/08/15 |
| 2:15-cv-01674-JRG-RSP | Rothschild Connected Devices Innovations,LLC v. Carrier Corporation | filed 10/23/15 |
| 2:15-cv-01874-JRG-RSP | Rothschild Connected Devices Innovations,LLC v. BMW of North America, LLC | filed 11/25/15 |
| 2:15-cv-01875- | Rothschild Connected Devices Innovations,LLC v. Fiat USA Inc et | filed 11/25/15 |

| | | |
|---|---|---|
| JRG-RSP | al | |
| [2:15-cv-01876-RWS-RSP](#) | Rothschild Connected Devices Innovations,LLC v. Ford Motor Company | filed 11/25/15 |
| [2:15-cv-01877-JRG-RSP](#) | Rothschild Connected Devices Innovations,LLC et al v. American Honda Motor Co., Inc. | filed 11/25/15 |
| [2:15-cv-01878-JRG-RSP](#) | Rothschild Connected Devices Innovations,LLC v. Hyundai Motor America | filed 11/25/15 |
| [2:15-cv-01879-JRG-RSP](#) | Rothschild Connected Devices Innovations,LLC v. Mazda Motor of North America, Inc. | filed 11/25/15 |
| [2:15-cv-01880-JRG-RSP](#) | Rothschild Connected Devices Innovations,LLC v. Mercededs-Benz USA, LLC | filed 11/25/15 |
| [2:15-cv-01881-JRG-RSP](#) | Rothschild Connected Devices Innovations,LLC v. Subaru of America, Inc. | filed 11/25/15 |
| [2:15-cv-01882-JRG-RSP](#) | Rothschild Connected Devices Innovations,LLC v. Volvo Cars of North America, LLC | filed 11/25/15 |
| [2:15-cv-01979-JRG-RSP](#) | Rothschild Connected Devices Innovations,LLC v. Toyota Motor Corporation et al | filed 11/30/15 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/21/2016 22:03:54 | | | |
| **PACER Login:** | wl0023:2662640:0 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Last Name: Rothschild connected |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |