Exhibit 4 to
ADS Security, L.P.'s
Motion for Attorneys' Fees

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, | § § § § | |
| *Plaintiff,* | § § | |
| v . | § | |
| GUARDIAN PROTECTION SERVICES, INC. | § § | 2:15-cv-01431-JRG-RSP **(lead case)** |
| ADS SECURITY, LP | § | 2:15-cv-01463-JRG-RSP |
| ALARM SECURITY GROUP, LLC | § | 2:15-cv-01464-JRG-RSP |
| CENTRAL SECURITY GROUP NATIONWIDE, INC. | § | 2:15-cv-01462-JRG-RSP |
| GUARDIAN ALARM COMPANY | § | 2:15-cv-01496-JRG-RSP |
| GUARDIAN OF GEORGIA, INC. D/B/A ACKERMAN SECURITY SYSTEMS | § § | 2:15-cv-01429-JRG-RSP |
| ICON SECURITY SYSTEMS, INC. | § | 2:15-cv-01468-JRG-RSP |
| MONITRONICS INTERNATIONAL, INC. | § | 2:15-cv-01466-JRG-RSP |
| SLOMIN'S, INC. | § | 2:15-cv-01469-JRG-RSP |
| *Defendants.* | | |

## ADS SECURITY, L.P.'S PATENT RULE 3-3 AND 3-4 DISCLOSURES

Pursuant to Local Patent Rules 3-3 and 3-4 and the Docket Control Order governing this case, Defendant ADS Security, L.P. ("Defendant" or "ADS") makes the following disclosures:

**I.     Patent Rule 3-3: Invalidity Contentions**

**(a)** Claim 1 of the '090 Patent is anticipated under Section 102 of the Patent Act by the following prior art patents and patent publications:

| Exhibit No. | Patent Number, Country of Origin, and Title | Date of Issue |
|---|---|---|
| 1 | U.S. Patent No. 6,789,739 to Rosen *et al.* entitled "Thermostat System With Location Data" | 09/14/2004 |
| 2 | U.S. Patent No. 7,151,968 to Williamson, entitled "Intelligent Coffeemaker Appliance" | 12/19/2006 |

| 5 | U.S. Patent No. 6,882,712 to Iggulden *et al.* entitled "Method And Apparatus For Setting Programmable Features Of An Appliance" | 04/19/2005 |
| 9 | U.S. Patent No. 6,580,950 to Johnson *et al.* entitled "Internet Based Home Communications System" | 06/17/2003 |
| 11 | U.S. Patent No. 7,762,181 to Boland *et al.* entitled "Customised Nutritional Food And Beverage Dispensing System" | 07/27/2010 |
| 12 | U.S. Patent No. 7,184,704 to Kliland *et al.* entitled "Arrangements And Methods For Remote Configuration Of Personal Equipment Via Wireless Detection Of User-ID" | 02/27/2007 |
| 13 | U.S. Patent No. 6,954,859 to Simerly *et al.* entitled "Networked Digital Security System And Methods" | 10/11/2005 |
| | | |

| Exhibit No. | Publication Number and Title | Date of Publication |
|---|---|---|
| 3 | U.S. Patent Application No. 2005/0052423 by Harris, *et al.* entitled "Online Remote Control Configuration System" | 03/10/2005 |
| 4 | U.S. Patent Application No. 2003/0179867 by Piepho *et al.* entitled "System Of And Method For Configuring An Automatic Appliance" | 09/25/2003 |
| 6 | U.S. Patent Application No. 2002/0111698 by Graziano *et al.* entitled "Web-Based System For Monitoring And/Or Controlling Home Devices" | 08/15/2002 |
| 10 | U.S. Patent Application No. 2005/0160005 by Roth *et al.* entitled "Method And Systems For Providing Food, Beverages, And Associated Good And Services In A Retail Environment" | 07/21/2005 |
| 7 | International Publication No. WO 01/50289 by George Hsu, entitled "A Home And Vehicular Automation And Control-Driven Web Portal" | 07/12/2001 |
| 8 | International Publication No. WO 02/01795 by Nieminen *et al.* entitled "Network And Method For Controlling Appliances" | 01/03/2002 |
| 14 | U.S. Patent Application No. 2004/0119894 by Higgins *et al.*, entitled System and Method for Programming a Programmable Remote Control Device | 06/24/2004 |
| | | |

**(b)** To the extent that any of the above cited Section 102 references do not disclose each and every claim limitation of claim 1 of the '090 Patent expressly or inherently, each of these references, in combination with the knowledge of a person of ordinary skill in the art would render Claim 1 of the '090 Patent obvious under Section 103 of the Patent Act for multiple reasons:

(1) A combination of the elements found in any individual references cited above along with the basic knowledge of one of ordinary skill in the art could have been made to arrive at the claimed invention according to known methods, which would have yielded predictable results;

(2) The ordinary artisan would have been able to use known, basic techniques – derived from either common sense or as a result of minimal creativity – to arrive at the disclosed system; and

(3) Although Plaintiff appears to construe its claimed system to read on every product in every industry, to the extent it does not, systems used in similar industries would have prompted predictable variations based on design incentives or other market forces.

Further, to the extent that any of the above cited Section 102 references do not disclose each and every claim limitation of claim 1 of the '090 Patent expressly or inherently, each of these references, in combination with any one (or more) of the references cited above would render Claim 1 of the '090 Patent obvious under Section 103 of the Patent Act for multiple reasons:

(1) The combination would involve the simple substitution of one known element for another to obtain predictable results; or

(2) The combination would have involved the use of known techniques disclosed in another reference to improve similar systems in the same way.

With respect to the above obviousness considerations, it is evident that:

(1) The cited references above are available as prior art under 35 U.S.C. 102 and 103, and the scope and content of the prior art at the time of the invention fully enables and encompasses the alleged invention recited in Claim 1 of the '090 Patent.

(2) To the extent there are any differences between the claimed subject matter and the prior art, they are minimal.

(3) To the extent that each and every element of Claim 1 of the '090 Patent is not found in each and every reference cited above, the ordinary skilled artisan at the time of the invention would have been fully capable of combining their own knowledge or that found in any other disclosure cited herein to arrive at the claimed invention, and would be expected to be someone having a high school education with a year experience working with remote configuration or someone possessing a bachelor's degree in any field that relates generally to computer technology.

(c) Charts identifying where specifically in each alleged item of prior art each element of each asserted claim is found are appended hereto as Exhibits 1-14.

(d) To the extent Claim 1 of the '090 Patent reads on the accused instrumentalities in this litigation and the incredibly diverse types of accused instrumentalities that Plaintiff

has asserted Claim 1 against in other similar litigations filed in this District, any reasonable construction of Claim 1 of the '090 Patent will result in invalidity of that claim under Sections 101, 102, and 103. And, as such, Defendant does not currently assert any grounds of invalidity based on indefinites or enablement or written description.

**II.    Patent Rule 3-4: Document Production Accompanying Invalidity Contentions**

(a) At a date convenient for both parties, Defendant ADS will make the documents identified in P.R. 3-4(a) available for inspection and copying.

(b) Concurrently herewith Defendant serves a copy of each item of prior art identified pursuant to P.R. 3-3(a).

Respectfully submitted,

_/s/Nathan J. Bailey_____
Nathan J. Bailey, Lead Counsel,
TN BPR # 026183
WALLER LANSDEN DORTCH & DAVIS, LLP.
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN  37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Nate.Bailey@wallerlaw.com

*Attorneys for ADS Security, L.P.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on counsel of Plaintiff via email on January 19, 2016 per agreement

between the parties.

__/s/Nathan J. Bailey _____
Nathan J. Bailey

Exhibit 1 to ADS Security's P.R. 3-3 Invalidity Contentions

| Claim 1 of U.S. Patent No. 8,788,090 | U.S. Patent No. 6,789,739 |
|---|---|
| A system for customizing a product according to a user's preferences comprising: | "A thermostat system includes a temperature sensor, an LCD for selectively displaying an alphanumeric message and a processor having a memory for storing program and data information . . . A communications interface connects the processor and a remote correspondent which is a source of current information." - Abstract |
| a remote server including a database configured to store a product preference of a predetermined product for at least one user; and | "At one or more predetermined times of day (and/or on-demand if provided for in the operating program) which have been previously stored in the memory 8 and established by the clock 13, the CPU 9 starts the process shown in FIG. 5 by issuing signals to the I/O unit 10 to cause the communications interface 14 to establish communications, via link 16, with a remote correspondent 15. The remote correspondent 15 has a known data communications "address" and, in the example, is a source of current information, such as local weather." - Col. 4, lines 4-10 |
| | "Still referring to FIG. 1 and also to FIG. 7, in a variant embodiment of the invention, a thermostat system communicates with a remote correspondent 15 which provides a customized service to the user of the thermostat system. In this embodiment of the invention, the user is a subscriber to the customized service in order to receive known current information on a predetermined schedule. At predetermined times (or on demand), data communications is established between the processor 1 and the remote correspondent 15 which, in this case, |

Exhibit 1 to ADS Security's P.R. 3-3 Invalidity Contentions

| | |
|---|---|
| | provides the customized service. The current information is downloaded and displayed." – Col. 5, lines 40-52. |
| a first communication module within the product and in communication with the remote server; wherein | "When the current local weather information is transmitted from the remote correspondent 15 via link 16 to the communications interface 14 and thence to the CPU 9, the CPU parses the information against the key terms stored in memory 8 to determine if there is a match." - Col. 4, lines 16-21 |
| the remote server is configured to receive the identity of the predetermined product and the identity of the at least one user, retrieve the product preference from the database based on the identity of the predetermined product and the identity of the least one user and transmit the product preference to the first communication module. | "a thermostat system communicates with a remote correspondent 15 which provides a customized service to the user of the thermostat system." – Col. 5, lines 43-45

To closely track one or more stocks or funds, the remote correspondent can be accessed as often as desired to "refresh" the alphanumeric message showing the current quote. A wide variety of types of information may be 15 programmed, accessed and displayed in a like manner." – Col. 5, lines 12-16

" Location data may take several forms as it is originally input into and through a local environmental controller, output to transmitter means, delivered to and processed by a remote device, and retransmitted by that remote device to the environmental controller or other remote device. Whatever its form, location data correlates in some way to the physical and geographic location of the environmental controller. " - Col. 7, lines 61-66 |

Exhibit 1 to ADS Security's P.R. 3-3 Invalidity Contentions

| | |
|---|---|
| | "In one such form, an environmental controller links to a web site and transmits location data and an access code. The access code is appropriately received by the web site and identifies the user as one authorized to have transmitted to it information or algorithm results from the web site." - Col. 8, lines 21-26 <br><br> Claims 1, 4, and 10 |

Exhibit 2 to ADS Security's P.R. 3-3 Invalidity Contentions

| Claim 1 of U.S. Patent No. 8,788,090 | U.S. Patent No. 7,151,968 |
|---|---|
| A system for customizing a product according to a user's preferences comprising: | "The invention relates to configuration of a kitchen or household appliance network. More particularly, the invention relates to an intelligent coffeemaker that is able to communicate with and receive information from another device in a network." - Col. 1, lines 6-10 |
| a remote server including a database configured to store a product preference of a predetermined product for at least one user; and | "An intelligent controller having a modem communicates with a remote database that has a plurality of user profiles. A user profile in the database is configurable via a device for displaying a user interface, such as a personal computer accessing the World Wide Web with web pages for an intelligent controller and other appliances." - Col. 1, lines 50-56 |
| a first communication module within the product and in communication with the remote server; wherein | "The intelligent controller receives user profile information via the modem from the database." - Col. 1, lines 56-58 |
| the remote server is configured to receive the identity of the predetermined product and the identity of the at least one user, retrieve the product preference from the database based on the identity of the predetermined product and the identity of the least one user and transmit the product preference to the first communication module. | "A clock is periodically synchronized to a time message that the web server transmits to the intelligent controller and distributed by the power line communication unit to appliances that are capable of receiving the power line communications. The synchronization automatically corrects for time changes and assures all clocks report the correct time. The user profile also contains a time zone identifier that enables the clocks, including the clock in the intelligent controller, to report the proper time for a specified time zone." - Col. 1, line 66 to Col. 2, line 7

"Turning to FIG. 2, a diagram of the intelligent controller 102 in communication with the web server 104 |

Exhibit 2 to ADS Security's P.R. 3-3 Invalidity Contentions

|  | and web device 112 through the PSTN 110 of FIG. 1 is shown. The web server 104 has a database 202 of user profiles with at least one user profile 204 associated with each intelligent controller. The user profile 204 is periodically pushed down to an associated intelligent controller 102 along with time synchronization data and updated user selected data, such as news 212, stock prices 214 and weather reports 216. In an alternate embodiment, time synchronization data and updated user selected data may be pulled down by the intelligent controller 102 from the web server 104. The user selected data is sent from the web server 104 through the PSTN 110 to be received via modem 206 at the intelligent controller 102. The controller 210 stores the user-selected data (news 212, stock prices 214 and weather reports 216) into memory 208. The user selected data stored in memory 208 may then be displayed by the controller 210 on display 218 along with time information.  The user profile 204 stored in the database 202 located on the web server 104 also contains configuration data, such as time zone, user-selected preset radio stations, alarm times and settings ("buzz" or a radio station)." – Col. 5, lines 28-50 |
|--|--|

Exhibit 3 to ADS Security's P.R. 3-3 Invalidity Contentions

| Claim 1 of U.S. Patent No. 8,788,090 | U.S. Pat. App. No. 2005/0052423 |
| --- | --- |
| A system for customizing a product according to a user's preferences comprising: | "The user may also access a web site of the control station and manually select each of the external electronic devices that the remote control is to operate after which the control station sends the appropriate configurations data to the electronic system." - paragraph 16 |
| a remote server including a database configured to store a product preference of a predetermined product for at least one user; and | "The control station 40 is in communication with the Internet 130 via various well-known means. The control station 40 is preferably accessed by users via a web page which allows the users to identify themselves and modify user settings. The user may input various conditions and requirements regarding the external electronic devices 12 that the remote control is to control." - paragraph 73 |
| a first communication module within the product and in communication with the remote server; wherein | "Once the all of the device information has been entered for each of the electronic devices 12, the user then connects the electronic system 100 to the Internet via the network interface 112, the communication device 108, or other means. The electronic system 100 may be directly or indirectly connected to the Internet as shown in the figures." - paragraph 85 |
| the remote server is configured to receive the identity of the predetermined product and the identity of the at least one user, retrieve the product preference from the database based on the identity of the predetermined product and the identity of the least one user and transmit the product preference to the first communication module. | "The user may also access a web site of the control station and manually select each of the external electronic devices that the remote control is to operate after which the control station sends the appropriate configuration data to the electronic system. The user can also specify how the devices are connected and the configuration can be transferred to the electronic system 100 from the control station 40." Paragraph 48 |

4832-4139-7292.3

Exhibit 3 to ADS Security's P.R. 3-3 Invalidity Contentions

|  | "Once the control station 40 has determined what the type, brand and model of each of the electronic devices 12 is, the control station 40 then generates "configuration data" that is then downloaded to the electronic system 100." - paragraph 86

"11. A method of using a remote control configuration system having an electronic system with a communication device, an input device, and a means for communicating with a control station, said method comprising the steps of:
(a) accessing a web page of said control station;
(b) inputting device data regarding an electronic device;
(c) repeating steps (a) and (b) for additional electronic devices; and
(d) generating a configuration data for said electronic system that allows said electronic system to mimic a remote control for each electronic device.
12. The method of using a remote control configuration system of claim 11, including the step of:
(e) transferring said configuration data to said electronic system.
13. The method of using a remote control configuration system of claim 12, including the step of:
(f) storing said configuration data within said electronic system." - Claims 11, 12, and 13 |

Exhibit 4 to ADS Security's P.R. 3-3 Invalidity Contentions

| Claim 1 of U.S. Patent No. 8,788,090 | U.S. Pat. App. No. 2003/0179867 |
|---|---|
| A system for customizing a product according to a user's preferences comprising: | "[A] user may input required configuration information using, for example, a Personal Computer (PC) connected to the Internet. With the PC the user accesses a Web site and uploads required configuration information to a remote server. After the configuration information is uploaded, the automatic appliance operating an initialization mode accesses the remote server using, for example, a preprogrammed 800 telephone number, and downloads the configuration information. The configuration information may be used by the automatic appliance to configure itself and, for example, obtain communication access to the Internet via an appropriate Internet Service Provider (ISP)." – Paragraph 12<br><br>"While a programmable DEC has been used  for purposes of illustration in connection with description of an automatic appliance compatible with an embodiment of the invention described, the invention may be equally applicable to other forms of appliances, including, for example, Internet appliances and even household appliances having micro-processors requiring Internet access, digital cameras, video cameras, Global Positioning System (GPS) receivers, and PDAs." –  Paragraph 26 |
| a remote server including a database configured to store a product preference of a predetermined product for at least one user; and | "Configuration server 114 hosts a registration Web page available via connection 115 to users of Internet 113. In addition, configuration server 114 includes multiple data bases, including, for example, configuration database 120, registration database 121, and customer database 122." – Paragraph 18 |

Exhibit 4 to ADS Security's P.R. 3-3 Invalidity Contentions

| | |
|---|---|
| a first communication module within the product and in communication with the remote server; wherein | "According to another embodiment of the present invention, an automatic appliance comprises a fist communication interface configured to establish data communications with a remote server on a first communications network to receive configuration information, a memory configured to receive and store the configuration information . . . ." – Paragraph 7 |
| the remote server is configured to receive the identity of the predetermined product and the identity of the at least one user, retrieve the product preference from the database based on the identity of the predetermined product and the identity of the least one user and transmit the product preference to the first communication module. | "PC 107 may be used by a person wishing to configure automatic appliance 101 (i.e., a registrant) to provide information. The configuration process may be enabled by accessing the web server portion of configuration server 114 via Internet 113 using an appropriate browser software to retrieve registration web page 108. Referring to FIG. 2, registration web page 108 includes input form 201 having input areas 202, 203, and 204 for the entry of appropriate configuration information. This configuration information may include, for example, information required to identify automatic appliance 101 sufficiently to enable subsequent communications with the appliance such as, for example, a serial number. Other configuration information may include identification of the ISP to be used by automatic appliance 101 in establishing connectivity to the Internet such as the IP address of the ISP. Still other configuration information may include account information of the user or registrant as previously described. Upon entering the configuration information into the web browser and selecting the appropriate submit button, the configuration information may be |

Exhibit 4 to ADS Security's P.R. 3-3 Invalidity Contentions

|  | transmitted to web server portion of configuration server 114 to be made available to automatic appliance 101." – Paragraph 20 |
|---|---|

Exhibit 5 to ADS Security's P.R. 3-3 Invalidity Contentions

| Claim 1 of U.S. Patent No. 8,788,090 | U.S. Patent No. 6,882,712 |
|---|---|
| A system for customizing a product according to a user's preferences comprising: | "An interactive interface facilitates the setting of preferences and other programmable parameters of an appliance. The interface is hosted by a server on a global computer network. The appliance owner initiates a connection to the server and is presented with a graphical user interface for setting the preferences and features of the appliance. Once the desired settings have been made, they are downloaded to the appliance either directly from the server or the appliance owner's computer or indirectly using a portable transfer device." – Abstract |
| a remote server including a database configured to store a product preference of a predetermined product for at least one user; and | "Server 14 contains programming for interactively setting the programmable features of appliance 10. Preferably, server 14 presents to the owner of appliance 10, via computer 12, a graphical user interface that is tailored to appliance 10 and the programmable features thereof." – Col. 5, lines 15-20 |
| a first communication module within the product and in communication with the remote server; wherein | "Appliance 10 may incorporate a conventional modem, in which case communications may be two-way, or may simply have a data demodulator for one-way communications. Coupling of appliance 10 to the telecommunications network may be by a conventional RJ-11 connection. Alternatively, appliance may incorporate a cordless telephone module for communicating with a separate base station. Communications between server 14 and appliance 10 could also be implemented with radio signals. For example, appliance 10 could incorporate a conventional paging receiver." Col. 9, lines 17-28 |
| the remote server is configured to receive | "Server 14 contains programming for |

4832-4139-7292.3

Exhibit 5 to ADS Security's P.R. 3-3 Invalidity Contentions

| | |
|---|---|
| the identity of the predetermined product and the identity of the at least one user, retrieve the product preference from the database based on the identity of the predetermined product and the identity of the least one user and transmit the product preference to the first communication module. | interactively setting the programmable features of appliance 10. Preferably, server 14 presents to the owner of appliance 10, via computer 12, a graphical user interface that is tailored to appliance 10 and the programmable features thereof." – Col. 5, lines 15-20

"FIG. 5 illustrates another alternative embodiment of the invention. In this case, data for appliance 10 is received directly from server 14 rather than local computer 12." Col. 9, lines 12-14 |

Exhibit 6 to ADS Security's P.R. 3-3 Invalidity Contentions

| Claim 1 of U.S. Patent No. 8,788,090 | U.S. Pat. App. No. 2002/0111698 |
|---|---|
| A system for customizing a product according to a user's preferences comprising: | "A web-based system that includes one or more remote devices, a web-based host, a network, and one or more homes is provided. A user can connect to the web-based host using a remote device via a network such as the Internet. The web-based host provides the user with an interface for monitoring and/or controlling home devices in the user's home." - Abstract |
| a remote server including a database configured to store a product preference of a predetermined product for at least one user; and | "In operation, Web-based host 70 can communicate data/information to home attendant 31. Home attendant 31 can then use the communicated data/information to control the behavior of home devices 1011 and/or collect data/information from home devices 4011. Home attendant 31 can then communicate the collected data/information to Web-based host 70. Web-based host 70 can log the collected data/information in a database and/or communicate the data/information to a user's remote device 1011." – Paragraph 38

"This approach reduces the cost and complexity of home attendant 31, allowing resource intensive operations such as configuration, user interface management, and data logging to be managed and performed by servers 71 at Web-based host 70 (FIG. 6)." – Paragraph 47

"Web-based host 70 includes a server 71 having a microprocessor 72 which is capable of executing software 73 stored in memory 74, and a database 75 connected to server 71." – Paragraph 56 |

4832-4139-7292.3

Exhibit 6 to ADS Security's P.R. 3-3 Invalidity Contentions

| | |
|---|---|
| | "In step 814, the user enters and sends the home configuration information to Web-based host 70. In step 816, the control panel programs 76 running on Web-based host 70 receive the home configuration information. In step 818, the control panel programs 76 store the home configuration information in database 75. The home configuration information can be stored in any suitable format such as a script file." – Paragraph 70 |
| a first communication module within the product and in communication with the remote server; wherein | "Remote device $10n$-1 includes the following components: a microprocessor 12 capable of executing software 13 stored in memory 14, a display 15 for displaying information to a user, an input keypad 16 for accepting user input, and a transceiver circuit 17 for transmitting data/information to and receiving data/information from network SO via antenna." – Paragraph 33 |
| the remote server is configured to receive the identity of the predetermined product and the identity of the at least one user, retrieve the product preference from the database based on the identity of the predetermined product and the identity of the least one user and transmit the product preference to the first communication module. | "The Web-based host provides the user With an interface for monitoring and/or controlling home devices in the user's home. Via the interface, the user can select one or more home devices in the user's home to monitor and/or control. The Web-based host receives the user's selections and communicates the user's selections to the user's home via the network. The user's home then receives the user's selections and causes monitoring information to be obtained from selected home devices and/or causes the behavior of selected home devices to be controlled according to the user's selections. The user's home can then communicate monitoring and/or other information related to the home devices to the Web-based host via the network. The Web-based host then communicates |

Exhibit 6 to ADS Security's P.R. 3-3 Invalidity Contentions

|  | the monitoring and/or other information related to the home devices to the remote device via the network Where the information is displayed." – Paragraph 10 "Home attendant 31 communicates With Web-based host 70 via connection 6 and network 50. In operation, Web-based host 70 can communicate data/information to home attendant 31. Home attendant 31 can then use the communicated data/information to control the behavior of home devices 1011 and/or collect data/information from home devices 4011. Home attendant 31 can then communicate the collected data/information to Web-based host 70. Web-based host 70 can log the collected data/information in a database and/or communicate the data/information to a user's remote device 1011." – Paragraph 38 |
|---|---|

Exhibit 7 to ADS Security's P.R. 3-3 Invalidity Contentions

| Claim 1 of U.S. Patent No. 8,788,090 | WO 2001/050289 |
|---|---|
| A system for customizing a product according to a user's preferences comprising: | "A subscriber can monitor and control the home or business systems and appliances from any Internet-capable device in any location. Functions entered in a web page interface by a subscriber are sent to the appropriate base station and thence to the appropriate control unit." – Abstract |
| a remote server including a database configured to store a product preference of a predetermined product for at least one user; and | "Server 27 has a mass repository 29 connected thereto by data link, but which may be a part of server 27 or of another Internet connected server. Repository 29 is adapted to store data about users subscribed to a service facilitated through server 27, as well as data regarding other parameters associated with S/A devices and BS stations." Page 15, lines 10-21 |
| a first communication module within the product and in communication with the remote server; wherein | "Fig. 4 is a block diagram illustrating various components and circuitry of sensor/actuator device 37 of Fig. 1 according to an embodiment of the present invention. S/A device 37, like BS 35, is a computerized device capable of RF communication. As such, S/A device 37 has an RF section 101 for RF communication. RF section 101 comprises a receiving (RX) block 103, a transmission (TX) block 107, 25 and an RF chip-set 105." Page 24, lines 20-25.<br><br>"S/A 37 is provided and adapted, according to an embodiment of the present invention, to facilitate control and monitoring of an associated home-system or appliance. S/A 37, like BS 35 is adapted to communicate 20 using RF technology." – Page 13, lines 17-20 |
| the remote server is configured to receive the identity of the predetermined product and the identity of the at least one user, retrieve the product preference from the | "Through the same interface, a user may initiate setting changes to any of or all home systems or appliances that he or she has registered with the service.   Such |

Exhibit 7 to ADS Security's P.R. 3-3 Invalidity Contentions

| | |
|---|---|
| database based on the identity of the predetermined product and the identity of the least one user and transmit the product preference to the first communication module. | setting changes may be permanent or temporary.  For example, if a remote user notices that it is raining, he may access his home watering system through the Internet, select the watering system, and send a signal through the Internet to have the home system turn it off.  Moreover, an S/A device such as device 37 may be wired to an associated sensor on a watering system that enables "smart watering" thereby automatically initiating a temporary shut down of the system to save water.   There are many possibilities." – Page 18, lines 4-12 |

Exhibit 8 to ADS Security's P.R. 3-3 Invalidity Contentions

| Claim 1 of U.S. Patent No. 8,788,090 | WO 2002/001795 |
|---|---|
| A system for customizing a product according to a user's preferences comprising: | "An appliance network for controlling appliances from a remote location. The appliances include memory which contains an address location from which an appliance control module can be located for controlling a corresponding appliance. The address location is provided to a local controller, preferably by wireless transmission, which then uses the address location to access the appliance control module. Once accessed, the appliance control module is stored on a local server for use in controlling the corresponding appliance." – Abstract |
| a remote server including a database configured to store a product preference of a predetermined product for at least one user; and | "[T]he phone will access the local server to command operation of the thermostat (e.g., to turn on/off, set temperature, etc.)." – Page 9. Lines 30-32<br><br>"The ACM will then be installed on the local server 16, in a manner known in the art, for controlling the corresponding appliance. Once installed, the appliance corresponding to the ACM can be controlled through the input of appropriate commands on and through local wireless corresponding appliances." – Page 7, lines 4-10 |
| a first communication module within the product and in communication with the remote server; wherein | "In this embodiment, the appliances Al, A2 are interfaced with the local server 16 in the same manner as 5 in the network of FIG. 1 (e.g. using Bluetooth transceivers) . . . ." – Page 6, lines 3-6 |
| the remote server is configured to receive the identity of the predetermined product and the identity of the at least one user, retrieve the product preference from the database based on the identity of the predetermined product and the identity of | "Thus, and in accordance with an authentication feature is provided to determine whether a particular user is authorized to access a particular appliance. The authentication feature links the appliance and the local server to |

Exhibit 8 to ADS Security's P.R. 3-3 Invalidity Contentions

| | |
|---|---|
| the least one user and transmit the product preference to the first communication module. | each other with a designated user identification." – Page 10, lines 20-26 |

Exhibit 9 to ADS Security's P.R. 3-3 Invalidity Contentions

| Claim 1 of U.S. Patent No. 8,788,090 | U.S. Patent No. 6,580,950 |
|---|---|
| A system for customizing a product according to a user's preferences comprising: | "An Internet based home communications system for allowing a homeowner to monitor and control various features of their home from a distant location via a global computer." – Abstract |
| a remote server including a database configured to store a product preference of a predetermined product for at least one user; and | "The data center 20 is capable of receiving, storing and transmitting various types of data related to the homeowner's home such as text, software, music, sound, temperature data, images 74, photographs, graphics, video, alerts, messages, advertisements, promotions or other information related to a home (collectively, the "data")." – Col. 4, lines 47-53.<br><br>"The control unit 30 then may upload any scheduled or requested data to the data center 20 as further shown in FIGS. 8 and 10 of the drawings. The control unit 30 may also download any data from the data center 20 such as commands from the homeowner." – Col. 5, lines 10-15<br><br>"In use, the user programs the desired settings into the control unit 30 either directly at the home or via the data center 20 through an external computer 16." – Col. 7, lines 30-32 |
| a first communication module within the product and in communication with the remote server; wherein | "To attain this, the present invention generally comprises a plurality of control devices positioned within a home, a control unit in communication with the plurality of control devices wherein the control unit is connected to a global computer network (i.e. Internet), and a data center having server computers connected to the global computer network and in communication with the control |

4832-4139-7292.3

Exhibit 9 to ADS Security's P.R. 3-3 Invalidity Contentions

| | |
|---|---|
| | unit." – Col. 2, lines 8-14 |
| the remote server is configured to receive the identity of the predetermined product and the identity of the at least one user, retrieve the product preference from the database based on the identity of the predetermined product and the identity of the least one user and transmit the product preference to the first communication module. | "The data center 20 is capable of receiving, storing and transmitting various types of data related to the homeowner's home such as text, software, music, sound, temperature data, images 74, photographs, graphics, video, alerts, messages, advertisements, promotions or other information related to a home (collectively, the "data")." – Col. 4, lines 47-53.<br><br>If the homeowner desires to modify any preprogrammed settings Within the home, such as lighting control or thermostat control, the homeowner simply selects the desired feature upon the control page 76 of the desired home as shown in FIGS. 3 and 7 of the drawings. The homeowner may then enter the desired data into the computer 16 which is transmitted to the data center 20 which forwards the information directly to the control unit 30 which transmits the data accordingly modifying any previous settings." – Col. 6, line 61 – Col. 7, line 2 |

Exhibit 10 to ADS Security's P.R. 3-3 Invalidity Contentions

| Claim 1 of U.S. Patent No. 8,788,090 | U.S. Patent No. |
|---|---|
| A system for customizing a product according to a user's preferences comprising: | "In response to receiving the request from the customer, the method additionally includes combining the first and second portions of the breakfast cereals together in a carry-out container and presenting the container to the customer in exchange for payment." – Abstract |
| a remote server including a database configured to store a product preference of a predetermined product for at least one user; and | "In another aspect of this embodiment, the QSR 100 can include an interactive, stand-alone kiosk 148 with which customers can create unique cereal orders (i.e., "Invent-a-Blend") and automatically send the orders to a QSR employee for preparation." – Paragraph 50<br><br>Fig. 5<br><br>"Referring to FIG. 5, one embodiment of the invention employs a computer 500 (e.g., a personal or portable computer, workstation, stand-alone kiosk, point-of-sale device, mobile phone, etc.) having one or more processors 501 coupled to one or more user input devices 502 and data storage devices 504." - Paragraph 59<br><br>"If the customer has used the kiosk 148 before to remotely create and/or order a menu item, the customer can select a sixth button 702f. This button brings up another screen display (not shown) which lists the customer's earlier creations. The customer can then select an earlier creation, and an order for that creation will be immediately transmitted to a remote operator (e.g., an employee of the QSR 100 of FIG. 1) for preparation." – Paragraph 67 |

Exhibit 10 to ADS Security's P.R. 3-3 Invalidity Contentions

| | |
|---|---|
| a first communication module within the product and in communication with the remote server; wherein | "In another embodiment, the kiosk 148 can transmit the customer's order to an automatic food-preparing apparatus (not shown) instead of a point-of-sale device. In one aspect of this embodiment, the food-preparing apparatus can be configured to automatically prepare the customer's order in response to receiving an appropriate signal from the kiosk 148. In addition, in this embodiment the apparatus can also package the customer's order and dispense it proximate to the point-of-sale." – Paragraph 75 |
| the remote server is configured to receive the identity of the predetermined product and the identity of the at least one user, retrieve the product preference from the database based on the identity of the predetermined product and the identity of the least one user and transmit the product preference to the first communication module. | "The computer 500 may be coupled to external computers, such as via an optional network connection 510, a wireless transceiver 512, or both." – Paragraph 59

"First, a customer approaches the kiosk 148 and inputs his or her order (e.g., a combination of various cereals and toppings) in the manner described above with reference to FIGS. 7A-7G. Once the customer has input the order, the order is automatically transmitted to an output device (e.g., a point-of-sale device) located at the service bar 110 (FIG. 1)." – Paragraph 74

"In another embodiment, the kiosk 148 can transmit the customer's order to an automatic food-preparing apparatus (not shown) instead of a point-of-sale device. In one aspect of this embodiment, the food-preparing apparatus can be configured to automatically prepare the customer's order in response to receiving an appropriate signal from the kiosk 148. In addition, in this embodiment the |

Exhibit 10 to ADS Security's P.R. 3-3 Invalidity Contentions

|  | apparatus can also package the customer's order and dispense it proximate to the point-of-sale." – Paragraph 75 |
| --- | --- |

Exhibit 11 to ADS Security's P.R. 3-3 Invalidity Contentions

| Claim 1 of U.S. Patent No. 8,788,090 | U.S. Patent No. 7,762,181 |
|---|---|
| A system for customizing a product according to a user's preferences comprising: | "A system for dispensing a customized nutritional serving is made up of ingredients stored Within a device incorporating the system. The device has a controller in whose memory is stored an inventory of the ingredients available in the device, their compositions and properties and customer profile data." |
| a remote server including a database configured to store a product preference of a predetermined product for at least one user; and | "In one embodiment the controller is operatively linked to one or more servers each having stored on its memory at least some of the inventory of ingredients in the storage module and possible servings available therefrom, nutritional and health data relating to ingredients in the storage module and possible servings therefrom, and at least some of the customer profile data." -- Col. 3, lines 36-43

"Server 30 has the following functions and memory data banks. The billing function 32 is described above. The customer database 34 contains customer profiles." – Col. 7, lines 62-64 |
| a first communication module within the product and in communication with the remote server; wherein | "In the embodiment of FIG. 1 dispenser 10 is separate with from the server 30. Dispenser 10 and server 30 are in electronic communication with each other. Although a server 30 may be integral with a dispenser 10, a single server 30 is usually linked with a network of dispensers 10." – Col. 4, line 65 –Col. 5, line 4

"There is an electronic connection 26 between each dispenser 10 and server 30." – Col. 7, lines 60-61

"The controller 18 Will be able to access customer profile data 34." – Col. 6, lines |

Exhibit 11 to ADS Security's P.R. 3-3 Invalidity Contentions

|  | 63-64 |
|---|---|
| the remote server is configured to receive the identity of the predetermined product and the identity of the at least one user, retrieve the product preference from the database based on the identity of the predetermined product and the identity of the least one user and transmit the product preference to the first communication module. | "In one embodiment the controller is operatively linked to one or more servers each having stored on its memory at least some of the inventory of ingredients in the storage module and possible servings available therefrom, nutritional and health data relating to ingredients in the storage module and possible servings therefrom, and at least some of the customer profile data." -- Col. 3, lines 36-43<br><br>"In the embodiment of FIG. 1 dispenser 10 is separate with from the server 30. Dispenser 10 and server 30 are in electronic communication with each other. Although a server 30 may be integral with a dispenser 10, a single server 30 is usually linked with a network of dispensers 10." – Col. 4, line 65 –Col. 5, line 4<br><br>"There is an electronic connection 26 between each dispenser 10 and server 30." – Col. 7, lines 60-61<br><br>"The controller 18 Will be able to access customer profile data 34." – Col. 6, lines 63-64 |

Exhibit 12 to ADS Security's P.R. 3-3 Invalidity Contentions

| Claim 1 of U.S. Patent No. 8,788,090 | U.S. Patent No. 7,184,704 |
|---|---|
| A system for customizing a product according to a user's preferences comprising: | "An arrangement and method for equipment remote control according to a predetermined user profile." – Abstract |
| a remote server including a database configured to store a product preference of a predetermined product for at least one user; and | Fig. 1<br><br>"User and equipment identities are communicated to a user profile server connected to the IP network; and a user profile returned to the equipment which is configured accordingly." – Abstract<br><br>"The predetermined user profile may be stored in a memory of said user profile server." – Col. 2, lines 10-11 |
| a first communication module within the product and in communication with the remote server; wherein | "[T]he mobile equipment is adapted to communicate to the user profile server . . ." – Col. 2, lines 60-61<br><br>"[S]aid controllable equipment is adapted to communicate to the user profile server, via the Internet Protocol (IP) network, the first and second identifiers, and the user profile server is adapted to communicate to the controllable equipment, via the Internet Protocol (IP) network, on basis of the second identifier, the predetermined user profile in response to receiving the first and second identifiers." – Col. 2, lines 26-34 |
| the remote server is configured to receive the identity of the predetermined product and the identity of the at least one user, retrieve the product preference from the database based on the identity of the predetermined product and the identity of the least one user and transmit the product preference to the first communication | "An method for automatic equipment remote control according to a predetermined user profile, comprises: wirelessly communicating a user identifier from a user identity badge to a mobile communication terminal, wirelessly communicating an equipment identifier from an equipment to be |

4832-4139-7292.3

Exhibit 12 to ADS Security's P.R. 3-3 Invalidity Contentions

| | |
|---|---|
| module. | controlled to a mobile communication terminal, forwarding from said mobile communication terminal, via a gateway to an IP network, a first information set including said user identifier and equipment identifier and/ or a mobile terminal identifier to a User Agent (UA) in a Internet Protocol network, forwarding from said UA said first information set, via a Call Control API (CC-API), to a Service Agent (SA), returning from said SA a second information set including said predetermined user profile, via said Call Control API (CC-API), to said UA, forwarding from said UA said second information set, via a gateway to a mobile communication network, to said mobile communication terminal, wirelessly communicating from said mobile communication terminal said second information set to said equipment, and configuring said equipment according to said predetermined user profile." – Col. 2, lines 42-62<br><br>Claim 1 |

Exhibit 13 to ADS Security's P.R. 3-3 Invalidity Contentions

| Claim 1 of U.S. Patent No. 8,788,090 | U.S. Patent No. 6,954,859 |
|---|---|
| A system for customizing a product according to a user's preferences comprising: | "The networked digital security system of the present invention provides an intelligent security service to a plurality of customers at a plurality of monitored sites that are remote from a centralized administrator web server. As will be discussed in detail below, the centralized web server advantageously acts as a point of control for management of the monitored sites including: access and authentication control; configuration of customer servers and camera units at the monitored sites; handling of and storage of video, audio, and associated alarm event information transmitted by the camera units at the monitored sites; and several administrative and billing functions." – Col. 4, lines 4-15 |
| a remote server including a database configured to store a product preference of a predetermined product for at least one user; and | "A centralized administrator web server 10 is coupled via a communication network such as the Internet 100 to a plurality of administrator Work stations 20, a plurality of customer servers 40 and a plurality of customer work stations 30." – Col. 4, lines 17-21

Administrator server 10 preferably is a programmed general purpose computer that includes (as schematically represented in FIG. 2) a processor 212, memory 214, and input/output means 280. Memory 14 stores customer information 216; audio, video, and event information 218; log entry information 220; false alarm information 230; monitored site layout information 250; camera unit and customer server information 260; and computer programs 260 that run the administrator server in accordance with the present invention. |

Exhibit 13 to ADS Security's P.R. 3-3 Invalidity Contentions

|  | The stored customer information 216 preferably includes for each customer: system identification number (user id); a password; information concerning the monitored sites that the customer may access from a customer work station; and information concerning the configuration options that the customer may access for each monitored site." – Col. 4, line 54 – Col. 5, line 5 |
| --- | --- |
| a first communication module within the product and in communication with the remote server; wherein | "Camera units 50 are preferably fully integrated intelligent units that gather, analyze, and transmit video, audio, and associated alarm event information to their associated customer server 40 and on to the administrator web server 10." – Col. 4, lines 22-27

"The audio, video, and event database information 218 includes the stored audio, video, and event information that has been transmitted to the administrator server from the camera units 50." – Col. 5, lines 2-6 |
| the remote server is configured to receive the identity of the predetermined product and the identity of the at least one user, retrieve the product preference from the database based on the identity of the predetermined product and the identity of the least one user and transmit the product preference to the first communication module. | "Administrator server 10 preferably is a programmed general purpose computer that includes (as schematically represented in FIG. 2) a processor 212, memory 214, and input/output means 280. Memory 14 stores customer information 216; audio, video, and event information 218; log entry information 220; false alarm information 230; monitored site layout information 250; camera unit and customer server information 260; and computer programs 260 that run the administrator server in accordance with the present invention. The stored customer information 216 preferably includes for each customer: |

Exhibit 13 to ADS Security's P.R. 3-3 Invalidity Contentions

| | |
|---|---|
| | system identification number (user id); a password; information concerning the monitored sites that the customer may access from a customer work station; and information concerning the configuration options that the customer may access for each monitored site." – Col. 4, line 54 – Col. 5, line 5

"[A] customer at a customer work station attempts to log into the administrator web server by preferably entering previously issued user identification and password information. (Of course, any log-in procedure that authenticates a user may be used.) If the inputted user identification and password are accepted by the administrator server, the administrator server 10 then provides access on the customer work station 30 only to those monitored sites that are associated with the inputted user identification in customer database 216 in the administrator server 10. In addition, whether the customer will have access to any of the available customer server 40 and camera unit 50 configuration options via an user interface at the customer work station 30 is also determined and controlled by the administrator server 10 at this time by comparing the inputted user identification with the customer database information 216." – Col. 5, lines 38-55

"The administrator server 10 also provides administrative and billing functions. Specifically, it preferably maintains false alarm information 230 that maintains for each camera unit: |

Exhibit 13 to ADS Security's P.R. 3-3 Invalidity Contentions

|  | where the camera unit is located; the types of alarm events transmitted  by the camera unit and when they were transmitted; and whether the alarm events were false alarms." - Col. 9, lines 50-60 |
|---|---|

Exhibit 14 to P.R. 3-3 Invalidity Contentions

| Claim 1 of U.S. Patent No. 8,788,090 | U.S. Patent App. No. 2004/0119894 |
|---|---|
| A system for customizing a product according to a user's preferences comprising: | "A method wherein a programmable remote control (PRC) is programmed from a configuration file over a network. A user configuration file comprises data associating the user configuration file with a unique user and information about devices that a user desires to control with a PRC. A service provider uses the device records to find the appropriate remote control instruction set for each device to be controlled by the PRC. Upon notification of a change in the devices that a user desires to control, the service provider would update the user configuration file." – Abstract |
| a remote server including a database configured to store a product preference of a predetermined product for at least one user; and | Claim 5<br><br>"Referring to FIG. 1, a general flow chart of an embodiment of the present invention is illustrated. A user initiates communication with a service provider 100. Any number of means may be used for this communication, including by way of example and not as a limitation, using a user computer linked to the service provider over the public switched telephone network and using a user computer linked to the service provider over a cable network. The "computer" may be a PC, or it may be a set top box connected through a network to the service provider.<br><br>Once connected to the service provider, the user is asked to login 104. A check is made to determine if the user is a new user or is if the user claims to have an account with the service provider 108. If the user is new, the user registers with the |

Exhibit 14 to P.R. 3-3 Invalidity Contentions

| | |
|---|---|
| | service provider 120. If the user claims to have an account with the service provider, the user verifies the account using standard login practice 112 known in the art. If the verification fails, the user is returned to the login process 104. If the verification is successful, or if the user has completed the registration process, the user is invited to choose to either program a remote control using an existing user configuration file or to create or modify a user configuration file 124." -- Paragraphs 33 and 34

"A user configuration file comprises information about devices that a user desires to control with a PRC and the device record associated with those devices and data associating the user configuration file with a unique user. In another embodiment of the present invention, the user configuration file further comprises information about a PRC and the interface by which the PRC receives device record." – Paragraph 38 |
| a first communication module within the product and in communication with the remote server; wherein | Claim 5 |
| the remote server is configured to receive the identity of the predetermined product and the identity of the at least one user, retrieve the product preference from the database based on the identity of the predetermined product and the identity of the least one user and transmit the product preference to the first communication module. | Claim 5 |