IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-1431-JRG-RSP |
| vs. | § § | LEAD CASE |
| GUARDIAN PROTECTION SERVICES, INC., | § § § § | |
| Defendant. | § § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-1463-JRG-RSP |
| vs. | § § | LEAD CASE |
| ADS SECURITY, LP | § § § | |
| Defendant. | § § § | |

**ORDER OF DISMISSAL OF DEFENDANT
ADS SECURITY, LP WITH PREJUDICE**

On this day the Court considered Plaintiff's Amended Unopposed Motion to Dismiss Defendant ADS Security, LP With Prejudice, in the lawsuit between Plaintiff Rothschild Connected Devices Innovations, LLC ("Rothschild") and Defendant ADS Security, LP.  Having considered the Motion and the pleadings in this case, and Plaintiff's covenant not to sue Defendant for infringement of U.S. Patent No. 8,788,090, the Court is of the opinion that the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by Rothschild against ADS Security, LP are hereby DISMISSED WITH PREJUDICE.  All declaratory judgment counterclaims by Defendant ADS Security, L.P. are DISMISSED WITHOUT PREJUDICE.

**SIGNED this 6th day of April, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE