# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| GUARDIAN PROTECTION SERVICES, INC. | § § | 2:15-cv-01431-JRG-RSP **(Lead Case)** |
| ADS SECURITY, LP | § | 2:15-cv-01463-JRG-RSP |
| ALARM SECURITY GROUP, LLC | § | 2:15-cv-01464-JRG-RSP |
| CENTRAL SECURITY GROUP NATIONWIDE, INC. | § | 2:15-cv-01462-JRG-RSP |
| GUARDIAN ALARM COMPANY | § | 2:15-cv-01496-JRG-RSP |
| GUARDIAN OF GEORGIA, INC. D/B/A ACKERMAN SECURITY SYSTEMS | § § | 2:15-cv-01429-JRG-RSP |
| ICON SECURITY SYSTEMS, INC. | § | 2:15-cv-01468-JRG-RSP |
| MONITRONICS INTERNATIONAL, INC. | § | 2:15-cv-01466-JRG-RSP |
| SLOMIN'S, INC. | § | 2:15-cv-01469-JRG-RSP |
| *Defendants*. | | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant ADS Security, L.P. ("ADS") in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Court's Order (Dkt. # 89) denying ADS's Cross Motion for Attorneys' Fees entered in this action on July 18, 2016.

Dated: August 17, 2016

Respectfully submitted,

/s/ Nathan J. Bailey
Nathan J. Bailey (TN BPR # 026183)
(lead attorney)
Matthew C. Cox (TN BPR # 028212)
WALLER LANSDEN DORTCH & DAVIS, LLP

4824-8887-6854.1

        Nashville City Center
        511 Union Street, Suite 2700
        Nashville, TN  37219
        Telephone: (615) 244-6380
        Facsimile: (615) 244-6804
        Nate.Bailey@wallerlaw.com
        Matt.Cox@wallerlaw.com

*Attorneys for ADS Security, L.P.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 17, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF filing system per Local Rule CV-5(a)(3).

          /s/Nathan J. Bailey
        Nathan J. Bailey

4824-8887-6854.1