# EXHIBIT A-1

**SIDNEY WASSERMAN AND COMPANY**
**9130 S. DADELAND BLVD. SUITE 1504**
**MIAMI, FLORIDA 33156**

July 9, 2018

TO : LEIGH ROTHSCHILD

RE : Rothschild Connected Devices, LLC

    TD Bank

    Account Number : 434-1798465

    Customer Ref # : 4341798465-713-E -***

    Balance June 30, 2018 – de minimis

As the accountant for the above company, I looked at the above bank statement   (see attached) per your request. As of June 30, 2018, there is a de minimis balance in the account.

If there are any other questions , please call.

*[signature]*

MICHAEL L. WASSERMAN, CPA



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ROTHSCHILD CONNECTED DEVICES INNOVATIONS
1574 NE QUAYSIDE TERRACE
MIAMI FL  33138

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jun 01 2018-Jun 30 2018 |
| Cust Ref #: | 4341798465-713-E-*** |
| Primary Account #: | 434-1798465 |

## TD Business Simple Checking
ROTHSCHILD CONNECTED DEVICES INNOVATIONS

Account # 434-1798465

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 15.00 | Average Collected Balance | 15.00 |
| | | Interest Earned This Period | 0.00 |
| Service Charges | 10.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 5.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/29 | MAINTENANCE FEE | 10.00 |
| | Subtotal: | 10.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 15.00 | 06/29 | 5.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender