THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| GUARDIAN PROTECTION SERVICES, INC., | § § | 2:15-cv-01431-JRG-RSP **(Lead Case)** |
| ADS SECURITY, LP | § | 2:15-CV-01463-JRG-RSP |
| ALARM SECURITY GROUP, LLC | § | 2:15-cv-01464-JRG-RSP |
| CENTRAL SECURITY GROUP NATIONWIDE, INC. | § | 2:15-cv-01462-JRG-RSP |
| GUARDIAN ALARM COMPANY | § | 2:15-cv-01496-JRG-RSP |
| GUARDIAN OF GEORGIA, INC. D/B/A ACKERMAN SECURITY SYSTEMS | § § | 2:15-cv-01429-JRG-RSP |
| ICON SECURITY SYSTEMS, INC. | § | 2:15-cv-01468-JRG-RSP |
| MONITRONICS INTERNATIONAL, INC. | § | 2:15-cv-01466-JRG-RSP |
| SLOMIN'S, INC., | § | 2:15-cv-01469-JRG-RSP |

Defendants.

**ORDER**

Before the Court is the parties' Joint Motion For Continuance [Dkt. #110].  Having considered the Motion, the Court finds that it should be and is hereby GRANTED.  The Hearing on the Motion To Show Cause is continued to January 15, 2019 at 9:00 AM.

The Motion to Withdraw as Attorney [Dkt. # 109] is DENIED without prejudice to reurging it when new counsel has enrolled.

**SIGNED this 4th day of December, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE