IN THE UNITED STAES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § § | |
| V. | § § § | C.A. NO. 2:15-CV-01431-JRG-RSP JURY |
| ADS SECURITY L.P. | § § § | |

**LEIGH ROTHSCHILD ANSWER TO ABS COUNTERCLAIM (DOCUMENT 118)**

**INTRODUCTION**

LEIGH ROTHSCHILD (ROTHSCHILD) files this answer subject to his 12(b)(2) and 12(b)(4) & (5) Motions in corresponding paragraphs:

1. Rothschild admits paragraph 1 of ADS Security, L.P's Answer, Affirmative Defenses, and Counterclaims to Defendant's Complaint (Document 118) herein after called ADS Counterclaim.

2. Paragraph 2 of ADS Counterclaim does not require an admission.

3. Paragraph 3 is admitted.

4. Paragraph 4 is admitted.

5. Paragraph 5 is admitted.

6. Paragraph 6 is admitted.

7. Paragraph 7 is admitted.

8. Paragraph 8 is denied as to Mr. Rothschild for the reasons set forth in his his 12(b)(2) and 12(b)(4) & (5) Motions.

**EXHIBIT C**

9. Paragraph 9 is admitted.

10. Paragraph 10 is admitted.

11. Paragraph 11 is admitted.

12. Paragraph 12 is admitted.

13. Paragraph 13 is admitted.

14. Paragraph 14 is admitted.

15. Paragraph 15 is admitted.

16. Paragraph 16 of ADS Counterclaim does not require an admission.

17. Paragraph 17 is admitted.

18. Paragraph 18 is admitted.

19. Paragraph 19 is admitted.

20. Paragraph 20 is admitted.

21. Rothschild does not have sufficient information to admit or deny paragraph 21.

22. Rothschild denies that ADS is entitled to "such other and additional amount incurred by ADS in this case as a result of RCDI's commencement of this exceptional case" as alleged in paragraph 22.

23. Paragraph 23 is denied.

24. Paragraph 24 of ADS Counterclaim does not require an admission.

26. Rothschild denies that this is an "exceptional case" as to him under 35 U.S.C. Section 285.

27. Paragraph 27 is admitted.

28. Paragraph 28 is denied.

29. Paragraph 29 is denied.

30. Paragraph 31 is denied.

31. Paragraph 31 is denied.

32. Rothschild denies that ADS is entitled to any relief against him set forth in its final prayer.

## AFFIRMATIVE DEFENSES

33. Rothschild by way of affirmative defense alleges the following:

34. ADS claims against Rothschild are barred by the applicable statute of limitations and Doctrine of Laches.

35. ADS has failed to mitigate its damages by continuing to pursue a fruitless course of action solely to drum up unnecessary expense and costs.

36. Rothschild cannot be liable in his individual capacity as all have his actions for and on behalf of RDCI were done so as on officer, director and member of a corporation.  No facts have been alleged to support piercing the corporate veil or prove any alter ego theories.

37. ADS' claims against Rothschild violate the Texas Citizens Participation Act, Tex. Civ. Prac. & Rem. Code Chapter 27.

38. ADS has failed to state a claim upon which relief may be granted.

Mr. Rothschild does not consent to proceed before the Magistrate and would like this entire matter, both trial and pretrial, to be considered by the District Judge.

Rothschild ask that ADS take nothing against him by this answer and pending or subsequent motions, that he be awarded attorney fees, cost and other damages allowed by law and any and other further relief to which he may be entitled.

Respectfully submitted,

Bertini Law Firm

By:/s/ CHRISTOPHER D. BERTINI
_____

Christopher D. Bertini
Texas Bar No. 02256060
2401 ALLEN PARKWAY, SUITE 100
HOUSTON, TX 77019
Tel. (409) 739-0979 (DIRECT)
Main.  (713) 742-ATTY (2889)
Fax. (800)-628-1498
cbertini@bertinilaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This pleading was sent to all counsel on April 9, 2019.

By:/s/ CHRISTOPHER D. BERTINI
_____

Christopher D. Bertini