# IN THE UNITED STAES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § § | |
| V. | § § § | C.A. NO. 2:15-CV-01431-JRG-RSP |
| ADS SECURTITY L.P. | § § | JURY |

## ORDER

LEIGH ROTHSCHILD'S 12(b) Motions pursuant to FRCP 12(b)(2), and 12(b)(4)&(5) (Document 125) is granted.   LEIGH ROTHSCHILD, only, is dismissed from this case with prejudice.