## AFFIDAVIT OF NON-SERVICE

### UNITED STATES DISTRICT COURT
District of Texas

Case Number: 2:15-CV-01431 ; 2:15-CV-01463

Plaintiff:
**Rothschild Connected Devices Innovations, LLC.**

vs.

Defendant:
**ADS Security, L.P.**

For:
Blake D. Roth
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219

Received by AALLEN BRYANT & ASSOCIATES, INC on the 15th day of April, 2019 at 2:17 pm to be served on **Leigh M. Rothschild, 1574 NE Quayside Ter, Unit D18, Miami, FL 33138-2212.**

I, DANNY MENDEZ, being duly sworn, depose and say that on the **9th day of May, 2019 at 6:28 pm, I:**

**NON-SERVED the Summons in a Civil Action; ADS Security, L.P.'S Amended Answer, Affirmative Defenses, and Counterclaims to Defendant's Complaint; Order at the address of 1574 NE Quayside Ter, Unit D18, Miami, FL 33138-2212** for the reason that I failed to find **Leigh M. Rothschild** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
4/17/2019  2:44 pm  Attempted service at 1574 NE Quayside Ter, Unit D18, Miami, FL 33138-2212, Per Security and Computer records Defendant not known or listed new renters at property.
4/23/2019  12:17 pm  Attempted service at 1574 NE Quayside Ter, Unit D18, Miami, FL 33138-2212, Per office employee defendant still owns unit .No answer at property will keep attempting to make contact.
4/25/2019  8:01 am  Attempted service at 1574 NE Quayside Ter, Unit D18, Miami, FL 33138-2212, No answer at property will keep attempting to make contact.
4/27/2019  10:25 am  Attempted service at 1574 NE Quayside Ter, Unit D18, Miami, FL 33138-2212, No answer at intercom gate locked . Still attempting to make contact.
5/2/2019  8:55 pm  Attempted service at 1574 NE Quayside Ter, Unit D18, Miami, FL 33138-2212, Gate Locked no access to door. Rang intercom no response at property will keep attempting to make contact.
5/4/2019  1:59 pm  Attempted service at 1574 NE Quayside Ter, Unit D18, Miami, FL 33138-2212, Left contact info at gate . No access to front door cameras at property. Unable to gain entry without key or access from Defendant.
5/7/2019  7:58 pm  Attempted service at 1574 NE Quayside Ter, Unit D18, Miami, FL 33138-2212, No answer at intercom gate locked Notes removed.
5/9/2019  6:28 pm  Attempted service at 1574 NE Quayside Ter, Unit D18, Miami, FL 33138-2212, No access to door no answer at intercom .



Case 2:15-cv-01431-JRG-RSP   Document 137-1   Filed 09/30/19   Page 2 of 3 PageID #:  1671

## AFFIDAVIT OF NON-SERVICE For 2:15-CV-01431 ; 2:15-CV-01463

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

ANJELICA B FIOL
Commission # GG 45212
My Commission Expires
November 06, 2020

Subscribed and Sworn to before me on the 10th day of May, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

DANNY MENDEZ
CPS #1265

AALLEN BRYANT & ASSOCIATES, INC
P.O. Box 3828
Orlando, FL 32802-3828
(407) 872-0560

Our Job Serial Number: LAB-2019004428

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC,

*Plaintiff(s)*

v.

ADS SECURITY, L.P.

*Defendant(s)*

Date 5/9/19  Time 6:28 PM
Initials DM   ID# 1265

Civil Action No. 2:15-CV-01431; 2:15-CV-01463

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LEIGH M. ROTHSCHILD
1574 NE QUAYSIDE TER, UNIT D18
MIAMI, FLORIDA 33138-2212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Blake D. Roth
Waller Lansden Dortch & Davis, LLP
511 Union Street, Ste. 2700
Nashville, Tennessee 37219
615.244.6380
blake.roth@wallerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  3/13/19

David A. O'Toole
*Signature of Clerk or Deputy Clerk*