**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADS SECURITY, L.P.,<br><br>Defendant. | Case No. 2:15-CV-01431-JRG-RSP (Lead)<br><br>Case No. 2:15-cv-01463-JRG-RSP (Member) |

**ORDER RECONSIDERING ORDER ADOPTING REPORT AND RECOMMENDATION**

Upon consideration of *ADS Security, L.P.'s Motion to Reconsider Order Adopting Report and Recommendation* (Dkt. No. 137) (the "***Motion***");[1] and upon consideration of any responses and replies filed with respect to the Motion; and upon finding that this Court has jurisdiction over the Motion and venue for the Motion is proper in this Court; and upon finding due and sufficient notice of the Motion has been given and no other or additional notice is necessary or required; and after due deliberation and finding sufficient cause for the relief sought in the Motion, it is hereby

1.  **ORDERED** that the Motion is GRANTED as set forth in this order; and it is further

2.  **ORDERED** that any objections or responses to the Motion that have not previously been resolved are OVERRULED; and it is further

3.  **ORDERED** that the service on Mr. Rothschild is adequate and sufficient under the circumstances, to afford Mr. Rothschild the due process necessary with respect to the relief sought by ADS pursuant to 35 U.S.C. § 285 for Mr. Rothschild's conduct in this case; and it is further

---

[1] Capitalized terms used in this order and not otherwise defined shall have the meanings ascribed to them in the Motion.

4. **ORDERED** that no other or further notice is necessary or required in this case, with respect to ADS's claims against Mr. Rothschild pursuant to 35 U.S.C. § 285.