## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:15-CV-01431-JRG-RSP |
| ADS SECURITY L.P., | § § § | |
| *Defendant*. | § | |

## JUDGMENT

For the reasons assigned in the Order (Dkt. No. 136) entered on September 16, 2019:

**IT IS ORDERED AND ADJUDGED** that all claims against Leigh M. Rothschild be **DISMISSED**.

The Clerk is directed to close this case.

**So Ordered this**
**Nov 12, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE